**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**

| | |
|---|---|
| DEBORAH TURNER<br><br>     Plaintiff,<br><br>  vs.<br><br>USAA FEDERAL SAVINGS BANK;<br>ALLTRAN FINANCIAL, LP<br><br>     Defendants. | **Case No.: 3:20-cv-03004-TLB**<br><br>**NOTICE OF SETTLEMENT** |

NOTICE IS HEREBY GIVEN that Plaintiff Deborah Turner, and Defendant USAA Federal Savings Bank ("USAA"), have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and Plaintiff expects to file a Stipulation of Dismissal within the next forty-five (45) days. Plaintiff requests that the Court vacate all pending deadlines in this matter. Plaintiff also request that the Court retain jurisdiction for any matters related to completing and/or enforcing settlement. There are no remaining defendants in this matter.

RESPECTFULLY SUBMITTED,

Dated: January 28, 2021

By: /s/David A. Chami
David A. Chami (AZ #027585)
PRICE LAW GROUP, APC
8245 N. 85th Way
Scottsdale, AZ 85258
T: (818) 600-5515
F: (818) 600-5415
E: david@pricelawgroup.com
*Attorneys for Plaintiff,*
*Deborah Turner*

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/Jacey Gutierrez*