UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| DEBORAH TURNER,<br><br>    Plaintiff,<br><br>vs.<br><br>USAA FEDERAL SAVINGS BANK, *et al.*,<br><br>    Defendants. | Case No.: 3:20-cv-03004-TLB<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT USAA FEDERAL SAVINGS BANK WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Deborah Turner and Defendant USAA Federal Savings Bank ("USAA"), by and through undersigned counsel, hereby stipulate that all claims against USAA shall be dismissed from this action with prejudice. The parties shall bear their own attorneys' fees and costs. There are no remaining defendants in this matter.

RESPECTFULLY SUBMITTED,

Dated: February 26, 2021

By: /s/David A. Chami
David A. Chami (AZ #027585)
PRICE LAW GROUP, APC
8245 N. 85th Way
Scottsdale, AZ 85258
T: (818) 600-5515
F: (818) 600-5415
E: david@pricelawgroup.com
*Attorneys for Plaintiff,*
*Deborah Turner*

By: /s/ David M. Krueger
DAVID M. KRUEGER
(pro hac vice)
NORA K. COOK
(pro hac vice)
BENESCH, FRIEDLANDER, COPLAN
& ARONOFF LLP
200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378

Telephone: 216.363.4500
Facsimile: 216.363.4588
Email: dkrueger@beneschlaw.com
ncook@beneschlaw.com

Frederick H. Davis, Ark. Bar No. 2012271
KUTAK ROCK LLP
124 West Capitol Avenue, Suite 2000
Little Rock, Arkansas 72201-3706
(501) 975-3000 Telephone
(501) 975-3001 Facsimile
frederick.davis@kutakrock.com

*Attorneys for Defendant*
*USAA Federal Savings Bank*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 26, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/Jacey Gutierrez*