IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**DEBORAH TURNER**                                                                                  PLAINTIFF

NO.  3:20CV3004-TLB

**USAA FEDERAL SAVINGS BANK, ET AL**                                            DEFENDANTS

**CLERK'S ORDER OF DISMISSAL**

On this 1st  day of March, 2021, the parties hereto having filed a stipulation for dismissal pursuant to Rule 41 (a), Federal Rules of Civil Procedure, IT IS ORDERED that plaintiff's complaint be, and hereby is dismissed with prejudice.

AT THE DIRECTION OF THE COURT

DOUGLAS F. YOUNG, CLERK


BY:  *Gayle Davis*_____
         Deputy Clerk